IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | District Court Case Number<br>CIV. 1:18−CV−01631−LJO |
| Appellant, | ) ) | |
| v. | ) ) | Bankruptcy Court Case Number<br>NO. 17−12272−A−7 |
| LEONARD E. HUTCHINSON, | ) ) | **ORDER** |
| Appellee. | ) ) | |

Pursuant to the stipulation and request for order filled by the Appellant, the United States of America, and James E. Salven, Chapter 7 Trustee, and for good cause shown, the time for Appellant's opening brief to be filed is extended to March 8, 2019.

IT IS SO ORDERED.

Dated: **February 12, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE