UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: LEONARD E. HUTCHINSON and SONYA C. HUTCHINSON,<br><br>           Debtors. | No. 1:18-cv-01631-DAD |
| UNITED STATES OF AMERICA,<br><br>           Appellant,<br><br>        v.<br><br>LEONARD E. HUTCHINSON (JAMES EDWARD SALVEN, CHAPTER 7 TRUSTEE),<br><br>           Appellee. | ORDER DISMISSING BANKRUPTCY APPEAL<br><br>(Doc. Nos. 12, 13) |

On September 15, 2020, the Ninth Circuit issued an order dismissing this appeal, vacating this court's opinion, and remanding the matter for dismissal. (Doc. No. 17.) The mandate issued on November 9, 2020. (Doc. No. 18.)

/////

/////

/////

1

1    In light of the Ninth Circuit's order, the court hereby DISMISSES this appeal as MOOT.[1]  The
2  opinion and judgement entered (Doc. Nos. 12, 13) are VACATED by order of the Ninth Circuit.
3    The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **December 8, 2020**       /s/ Dale A. Drozd
                                    UNITED STATES DISTRICT JUDGE

---

[1] This appeal concerned a dispute over real property that was part of a bankruptcy estate.  While the court was expending valuable resources addressing the matter, the litigants reached a resolution.  (No. 20-16331, Doc. No. 10 at 5.)  The property's sale was authorized by the bankruptcy court on January 17, 2020.  (*Id.*)  On March 2, 2020, the trustee filed a report of sale with the bankruptcy court.  (*Id.*)  Neither the government nor the trustee apprised this court of the sale.  (*Id.*)